**No. 58153.**—Wine Specialists Company *v.* United States, protest 215427–K (New York).

Opinion by EKWALL, J. An examination of the record showing the motion to be well founded, the protest was dismissed as untimely.

**No. 58154.**—Bludworth Marine *v.* United States, protest 222855–K (New York).

Opinion by EKWALL, J. An examination of the record disclosing that liquidation took place on February 3, 1953, and that the protest was received on May 26, 1952, the protest was dismissed as premature under section 514, Tariff Act of 1930.

**No. 58155.**—F. S. Whelan & Sons et al. *v.* United States, petitions 6942–R, etc. (Detroit, St. Albans, Ogdensburg, and Buffalo).

Opinion by EKWALL, J. From the record, it was apparent that the question of the dutiable value of the merchandise depended upon what was determined to be the "usual wholesale quantity" under the circumstances existing in the case of sales of birchwood plywood from Canada at the dates of exportation of the merchandise here involved. In order to arrive at a determination of the issue, a test case was made. From the testimony produced, it appeared that the broker gave the appraiser all the information he had prior to the time of entry and that there was no intent to defraud the revenue or to deceive the Government officials or to withhold any facts from the appraiser. Government counsel stated that all of the correspondence or reports presented to the Assistant Attorney General's office through customs sources was highly favorable to the importers in all instances. On the record presented, the petitions were granted, following *Crown Publishers* v. *United States* (25 Cust. Ct. 159, C. D. 1278), Abstracts 46513 and 55614, and *P. Pastene & Co. (Inc.)* v. *United States* (21 C. C. P. A. 69, T. D. 46392).